

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00047-CV

IN RE QUINCY BLAKELY                              RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. CR-2015-06355-E

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus, petition for writ of prohibition, and motion for temporary relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus, petition for writ of prohibition, and motion for emergency relief are denied.

PER CURIAM

PANEL: KERR, WALKER, and MEIER, JJ.

DELIVERED: February 9, 2018

---

[1]See Tex. R. App. P. 47.4, 52.8(d).